UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Corey Antwan Mial**                                      **Docket No. 5:09-CR-146-1H**

**Petition for Action on Supervised Release**

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Antwan Mial, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 12, 2009, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Corey Antwan Mial was released from custody on July 01, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 9, 2016, the defendant was before the court for a Revocation hearing due to the defendant's continued drug use while on supervised release. At that time, the court ordered that the defendant be continued on the term of supervision previously imposed, with the understanding that the defendant would participate in the HOPE reentry court program. The defendant entered the HOPE reentry court program on November 17, 2016 and on December 22, 2016 he was promoted to Phase II in the program.

On January 18, 2017, in Wake County, North Carolina, the defendant committed the offense of Driving While Impaired (17CR200981), a charge which remains pending in state court. Prior to this violation, the defendant was in compliance with his conditions of supervision and he was in compliance with the HOPE reentry court program. In response to the defendant's actions, his substance abuse treatment has been increased. Additionally, this officer recommends that the defendant be placed on a curfew, monitored with electronic monitoring equipment, restricting the defendant to his residence during curfew hours. This officer also recommends that the defendant participate in the Remote Alcohol Monitoring Program to restrict the defendant's use of alcohol.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 120 consecutive days.

Corey Antwan Mial
Docket No. 5:09-CR-146-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Christopher Studley
Christopher Studley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: January 25, 2017

## ORDER OF THE COURT

Considered and ordered this 26th day of January, 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge