UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Corey Antwan Mial            Docket No. 5:09-CR-146-1H

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Antwan Mial, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 12, 2009, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Corey Antwan Mial was released from custody on July 01, 2016, at which time the term of supervised release commenced. A revocation hearing was conducted on November 9, 2016. The court found that the defendant violated the conditions of supervised release and continued the defendant on supervision on the condition that the defendant participate in the HOPE reentry court program. The defendant successfully completed the HOPE reentry court program on December 7, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 9, 2018, the defendant was charged in Wake County, North Carolina with Driving While Impaired and Driving While License Revoked (18CR204586). The defendant was released on bond and the charges remain pending. In light of the DWI charge, it is recommended that the defendant be placed on a curfew with radio frequency location monitoring for a period of 60 days and that the defendant be placed on remote alcohol monitoring for a period of 60 days. Additionally, the defendant has been reenrolled in substance abuse treatment to help him further address his substance abuse relapse.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Corey Antwan Mial
Docket No. 5:09-CR-146-1H
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Christopher Studley
Christopher Studley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: March 27, 2018

## ORDER OF THE COURT

Considered and ordered this 29th day of March, 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge